IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:16CR112** |
| vs. | |
| LISA R. HOLMES, | **ORDER** |
| Defendant. | |

This matter is before the Court on the Defendant's Motion to Extend Self-Surrender Date [70]. The Court notes that the assigned prosecutor in this district does not object to the extension. Therefore,

IT IS ORDERED:

1. The Defendant's Motion to Extend Self Surrender Date (Filing No. 70) is granted;

2. The Defendant shall report no later than 2:00 p.m. on Monday, November 6, 2017 to the place designated by the U.S. Bureau of Prisons; and

3. The Clerk shall deliver a certified copy of this Order to the U.S. Marshal for this district.

Dated this 8th day of June, 2017

BY THE COURT:

s/ Laurie Smith Camp
Chief United States District Judge