IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>LISA R. HOLMES,<br><br>        Defendant. | **8:16CR112**<br><br>**ORDER ON APPEARANCE FOR<br>SUPERVISED RELEASE VIOLATION** |

The defendant appeared before the Court on April 22, 2020 for a Detention Hearing regarding Petition for Offender Under Supervision [75].  Michael Hansen represented the defendant.  Lecia Wright represented the government.

The government moved for detention based upon danger.  The defendant requested a detention hearing which was held.  The court finds that the defendant failed to meet her burden to establish by clear and convincing evidence that she does not pose a danger to any other person or to the community.  Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1).  The government's motion for detention is granted as to danger and the defendant shall be detained until further order of the Court.

The defendant shall be committed to the custody of the Attorney General or designated representative for confinement in a correctional facility and shall be afforded a reasonable opportunity for private consultation with defense counsel.  Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for an appearance in connection with a court proceeding.

**IT IS SO ORDERED**.

Dated this 22nd day of April, 2020.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge